11088981
2.58
JR
12/3/09

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 11-28-09

CASE: DAVID E. CLELAND

DOCKET #: 05-92558

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00 — P/c 3 Cascade Natural Gas Corp
( ) Other                       227 Fairview Ave North
                                Seattle WA 98109

FILED
Dec. 3, 2009
BANKRUPTCY COURT
BUFFALO, N.Y.